1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIO VALADEZ GUTIERREZ,

11            Plaintiff,                      No. 2:12-cv-2038 GGH P

12        vs.

13   KERN COUNTY, et al.,

14            Defendants.                     ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.   Plaintiff has not paid the filing fee or a request to proceed in forma

18   pauperis.  In his complaint, plaintiff alleges violations of his civil rights by defendants.  The

19   alleged violations took place in Kern County, which is part of the Fresno Division of the United

20   States District Court for the Eastern District of California.  See Local Rule 120(d).

21            Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.

25   /////

26   /////

1          Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This action is transferred to the United States District Court for the Eastern

3     District of California sitting in Fresno; and

4          2.  All future filings shall reference the new Fresno case number assigned and

5     shall be filed at:

6               United States District Court
                Eastern District of California
7               2500 Tulare Street
                Fresno, CA 93721

8

9     DATED: August 20, 2012

10

                         /s/ Gregory G. Hollows
11              UNITED STATES MAGISTRATE JUDGE

12

      GGH:kly
13    guti2038.22

14

15

16

17

18

19

20

21

22

23

24

25

26

2