# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO VALADEZ GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-01376-BAM PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO REASSIGN AS HABEAS ACTION TO HONORABLE JENNIFER L. THURSTON |

On August 3, 2012, Plaintiff Mario Valadez Gutierrez, an inmate proceeding pro se, filed this case as a civil rights action. Review of the complaint filed in this action reveals that Plaintiff used the incorrect form as he is seeking to vacate his sentence pursuant to 28 U.S.C. 2255. Accordingly, the Clerk of the Court shall convert this to a habeas action. Since the events alleged in this action occurred in Kern County, this action shall also be reassigned to the Honorable Jennifer L. Thurston. The new case number shall be 1:12-cv-01376-JLT (HC).

IT IS SO ORDERED.

Dated:   October 1, 2012                                                   _____
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE