UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GUTIERREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KERN COUNTY, et al.,<br><br>　　　　Respondents. | Case No.: 1:12-cv-01376-JLT<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE<br><br>ORDER DIRECTING THAT OBJECTIONS BE FILED WITHIN TWENTY DAYS<br><br>ORDER DIRECTING CLERK OF THE COURT TO ASSIGN DISTRICT JUDGE TO CASE |

　　　　Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The instant petition was filed on August 3, 2012, in the Sacramento Division of this Court, apparently challenging a 1998 Kern County Superior Court conviction for assault with a deadly weapon that resulted in a determinate sentence of seven years. (Doc. 1, p. 5). On August 22, 2012, it was transferred to the Fresno Division. (Doc. 3).

　　　　In the course of screening this case, the Court has become aware of two other petitions filed by Petitioner, that are virtually identical to the instant petition: case nos. 1:12-cv-01289-AWI-GSA and 1:12-cv-01487-AWI-JLT, the former filed on August 3, 2012, the same date as the instant petition, and the latter on August 8, 2012, both having also been filed in the Sacramento Division of this Court. The two other petitions are identical with two exceptions: (1) one contains a request for damages in

the amount of two billion dollars, as does the instant petition; and (2) an "explanatory" note is included in the August 8, 2012 petition about why the 1998 strike conviction was improper. Petitioner also indicated in that August 8, 2012 petition that it was intended to be the original and that two other petitions were submitted to the Court, intended as copies. It appears that the chickens have finally come home to roost and this petition, apparently the third copy, has now been revealed to the Court.

## DISCUSSION

Although it appears that Petitioner may have intended only to submit one petition for filing, i.e., the August 8, 2012 petition, the Clerk of the Court filed both the instant petition and both other petitions, giving each different case numbers and assigning them to different Magistrate Judges. In case no. 1:12-cv-01289-AWI-GSA, the Court, on September 25, 2012, dismissed the petition on the grounds that it fails to state a claim for habeas relief, it contains unexhausted claims, and fails to name a proper respondent. (Doc. 14, case no. 1:12-cv-01289-AWI-GSA). However, the Court in that case gave Petitioner an opportunity to file a first amended petition that corrects the deficiencies the Court identified in its order dismissing the original petition. The amended petition is presently due on or before October 29, 2012. Accordingly, Petitioner, in preparing his amended petition in that case, has the opportunity to raise any additional claims or facts he so desires within the context of that case.

As a result of this situation, the Court, in case no. 1:12-cv-01467-AWI-JLT, on September 28, 2012, issued Findings and Recommendations to dismiss that petition as duplicative of the petition in case no. 1:12-1289-AWI-GSA. (Doc. 13, case no. 1:12-cv-01467-AWI-JLT).

Because the instant petition raises the same claim as the two previous petitions in case nos. 1:12-cv-01289-AWI-GSA and 1:12-cv-01467-AWI-JLT, the Court concludes that the instant petition is also duplicative of the petition in case no. 1:12-cv-01289-AWI-GSA. Accordingly, the Court will recommend that this petition be dismissed as duplicative and that Petitioner proceed with any claims he wishes to pursue in the context of filing an amended petition in case no. 1:12-cv-01289-AWI-GSA. If Petitioner wishes to pursue money damages or wishes to further elaborate on his contention that his 1998 strike was unlawful, he may do so in the context of an amended pleading in that case.

## ORDER

The Clerk of the Court is **DIRECTED** to assign a United States District Judge to this case.

**RECOMMENDATIONS**

Accordingly, the Court HEREBY RECOMMENDS that the instant petition be **DISMISSED** as duplicative of case no. 1:12-cv-01289-AWI-GSA.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within twenty (20) days after being served with a copy of this Findings and Recommendation, any party may file written objections with the Court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the Objections shall be served and filed within ten <u>court</u> days after service of the Objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the Order of the District Court.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **October 4, 2012**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE